FILED: **12/23/20**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

UNITED STATES OF AMERICA

VS.                                   CRIMINAL NO. 1:20CR112 MC/ZH

MARION STEWART CANTY, JR.

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

(Violation: 18 U.S.C. §1028(a)(4)
Possession of an authentication
feature with intent to defraud)

From on or about May 29, 2018 to on or about June 12, 2018, in the Eastern District of Texas, **Marion Stewart Canty, Jr.**, defendant, did knowingly possess an authentication feature, to wit, certified flight instructor certificate number ****546 issued by the Federal Aviation Administration of the United States to another person, with the intent such feature be used to defraud the United States, that is, to falsely endorse a flight instruction logbook.

All in violation of 18 U.S.C. §1028(a)(4).

STEPHEN J. COX
UNITED STATES ATTORNEY

_____
ROBERT L. RAWLS
ASSISTANT UNITED STATES ATTORNEY

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

UNITED STATES OF AMERICA

VS.                                                                          CRIMINAL NO. 1:20CR112

MARION STEWART CANTY, JR.

## NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C., § 1028(a)(4)

Penalty:     Not more than one (1) year imprisonment, a fine not to exceed $100,000.00, or an amount not more than the greater of twice the gross gain to the defendant or twice the gross loss to the victim, or both; and supervised release of not more than one (1) year.

Special Assessment: $100.00